# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CENICA WILLIAMS, ) | |
| ) | Case No. 2:21-cv-01210 |
| Plaintiff, ) | |
| ) | JUDGE ALGENON L. MARBLEY |
| v. ) | |
| ) | MAGISTRATE JUDGE ELIZABETH |
| LOWE'S HOME CENTERS, LLC, ) | PRESTON DEAVERS |
| ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated this 20th day of April, 2022.


*/s/Trisha M. Breedlove*                                  */s/Douglas M. Oldham* (email approval 4/20/22)
Trisha M. Breedlove (0095852)                    Douglas M. Oldham (0088927)
**SPITZ, THE EMPLOYEE'S LAW FIRM**        Barnes & Thornburg LLP
1103 Schrock Road, Suite 307                      41 South High Street, Suite 3300
Columbus, Ohio 43229                                    Columbus, Ohio 43215
Telephone: (216) 291-4744                            Telephone: (614) 628-0096
Facsimile: (216) 291-5744                              Facsimile: (614) 628-1433
trisha.breedlove@spitzlawfirm.com            douglas.oldham@blaw.com
*Counsel for Plaintiff*                                       *Counsel for Defendant*